IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01442-RBJ-KLM

S&S CHEMICAL, LLC, a Colorado limited liability company,

    Plaintiff,

v.

HARCROS CHEMICALS, INC., a foreign corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Early Neutral Evaluation** [Docket No. 23; Filed October 16, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Early Neutral Evaluation ("ENE") set for October 22, 2012 at 1:30 p.m. is **VACATED** and **RESET** to **December 4, 2012** at **2:00 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Any materials received after November 29, 2012 will not be considered by the Court. All other instructions concerning the ENE remain the same. *See Instructions for Early Neutral Evaluation* [#15].

    Dated: October 17, 2012