IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01442-RBJ-KLM

S&S Chemical, LLC
Plaintiff,

v.

Harcros Chemicals Inc.
Defendant,

v.

Bruce Stevens,
Third Party Defendant

---

ORDER AMENDING SCHEDULING ORDER

---

S&S Chemical, LLC and Bruce Stevens have moved to amend the Scheduling Order. Harcros Chemicals Inc. does not oppose the motion. The Court having examined the Motion and finding that that good cause has been shown for the granting of the relief requested,

**IT IS HEREBY ORDERED** that the Scheduling Order is amended as follows. All other parts of the Scheduling Order issued August 14, 2012 (Docket 16) remain in effect.

9.   CASE PLAN AND SCHEDULE

a) Deadline for Joinder of Parties and Amendment of Pleadings:  September 24, 2012.
b) Discovery Cut-off:  July 8, 2013.
c) Dispositive Motion Deadline:  August 23, 2013.
d) Expert Witness Disclosures:
   1) Plaintiff shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 10, 2013.
   2) Defendant shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 27, 2013.
   3) The Parties shall designate all rebuttal experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 10, 2013.

e) Identification of Persons to be Deposed:

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| James Grantham | TBD | TBD | TBD |
| Jim Fowler | TBD | TBD | TBD |
| John Miles | TBD | TBD | TBD |
| Joe Stevens | TBD | TBD | TBD |
| Peter Radford | TBD | TBD | TBD |
| Ralph Richardson | TBD | TBD | TBD |
| Tom Runions | TBD | TBD | TBD |
| Mark Jadvani | TBD | TBD | TBD |
| Kevin Mirner | TBD | TBD | TBD |
| Harcros operations and maintenance personnel and contractors at Dalton Plant | TBD | TBD | TBD |
| S&S corporate representative(s) | TBD | TBD | 2 Days |
| Bruce Stevens | TBD | TBD | 1 Day |
| Experts | TBD | TBD | 1 Day each |
| Other persons determined to have relevant information | TBD | TBD | TBD |

f) Deadline for Interrogatories: June 4, 2013 (or 35 days before the discovery cut-off).
g) Deadline for Requests for Production of Documents and/or Admissions: June 4, 2013 (or 35 days before the discovery cut-off).

BY THE COURT:

_____

R. Brooke Jackson

Unites States District Court Judge